UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Daniel Arkels, et al.,

               Plaintiff(s),               Case No.   19-cv-11308

v.                                           Honorable  Matthew F. Leitman

General Motors LLC, et al.,               Magistrate Judge  R. Steven Whalen

               Defendant(s).
                                           /

**ORDER REGARDING REASSIGNMENT OF COMPANION CASE**

       This case appears to be a companion case to Case No.   17-cv-11661  . Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable  Thomas L. Ludington  and Magistrate Judge  Patricia T. Morris  .

                                                   s/Matthew F. Leitman
                                                 Matthew F. Leitman
                                                 United States District Judge

                                               s/Thomas L. Ludington
                                               Thomas L. Ludington
                                               United States District Judge

      Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
      Case type:  CIVIL

      If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: May 6, 2019                                   s/N. Ahmed
                                                     Deputy Clerk

cc:    Parties and/or counsel of record
        Honorable Thomas L. Ludington