UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Daniel Arkels, et al.,

                Plaintiff(s),

v.                                         Case No. 1:19-cv-11308-TLL-PTM
                                          Hon. Thomas L. Ludington

General Motors LLC, et al.,

                Defendant(s),

### ORDER VACATING ORDER TO SHOW CAUSE

The Court having issued an Order to Show Cause on 10/10/2019, and the appropriate action having been taken;

IT IS HEREBY ORDERED that the Court's Order to Show Cause is satisfied and hereby vacated.

SO ORDERED.

                                                               s/Thomas L. Ludington
                                                              Thomas L. Ludington
                                                              U.S. District Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                               By: s/K Winslow
                                                                     Case Manager

Dated:   January 15, 2020